IN THE UNITED STATES DISTRICT COURT
For THE WESTERN District of Pennsylvania
#4                    15BH/DSC

Richard D. Arrington
Plaintiff                              : Civil Action 20-1827
                                       :
V:                                     :            No Fee/No IFP
ALLEGHENY COUNTY; and ORLANDO          :
HARPER, Warden of Allegheny            : Immediate Relief Sought
County Jail,                           :
Defendants-Respondents                 :

FILED
NOV 25 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## Complaint

1) I Richard Arrington Plaintiff 950 2nd Ave Pittsburgh, PA 15219,

Defendant ORLANDO HARPER, Warden of Allegheny County Jail ("ACJ"). 950 2nd Ave Pittsburgh, PA 15219,

Plaintiff's Complaints ②

1.) Cruel and unusual punishment= by having plaintiff locked in a cell 23 hours a day with 1 hour of recreation usen Covid 19 as a reason to enforce mental prutility of a Psyche patient within the Allegheny

County Jail from March 1st until October and continue'n.

2.) Slavery in the form of working or being locked in a cell 23 hours and 1 hour out. With no form of monetary payment.

3.) Abuse of Power - Telling plaintiff and the population of Allegheny County Jail that the American Civil liberties Union is why there is a 23 hour lock down and 1 hour recreation, when infact the Warden Orlando Haper personally implemented this policy, refusen to open up pods or housing units with in Allegheny County Jail to allow quality time out of a cell.

4.) Intentionally Createn a hostile enviroment between inmates, guards and staff, with his policies and lack of testing for Covid 19.

P(3). Plaintiff is filing a Civil Suit in the federal Courts due to the lack of intrest of the state Courts Never answering Plaintiff's Cruel and Unusual punishment = Habeas Corpus, Also due to the disspearity of releases between white American's and Black Americans that meet the Guide lines of Covid 19 releases.

P(4) Plaintiff is seeking a monetary Judgement, also seeking that the federal Courts force this Warden Orlando Haper to open up Housing Units that are closed for No reason so that distance for covid 19 can be adhere to and the inmate population can be given Quality time out of the cell.

(5) Plaintiff, Correctional Officers and civilians life are in danger due to the Allegheny County Jail being understaffed and

Correctional Officers being forced for time beyond their normal shift consistantly causen the responds time to any emergency (whether a violent act or a medical situations) longer or physically unable to respond properly due to being over worked (mentally and physically tired) Being understaffed in the medical department caused plaintiff eight months of pain before dealing with medical situation on the physical and mental aspect, Plaintiff will be seeking a monetary value of five Million dollars $5,000,000 for this pain and suffering with in Allegheny County Jail.

Humbly Submitted.

Richard Arrington
D.O.C. 2763
950 2nd Ave
Pittsburgh PA 15219